COLUMBUS BAR ASSOCIATION *v.* RIEBEL.

[Cite as Columbus Bar Assn. *v.* Riebel (1990), 51 Ohio St. 3d 106.]

(No. 89-2216—Submitted February 21, 1990—Decided May 23, 1990.)

*James K. Hunter III* and *Bruce A. Campbell,* for relator.

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., not participating.